UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.

JOSHUA MICHAEL HAKKEN and
SHARYN PATRICIA HAKKEN                   8:13 MJ 1242 AEP

**MOTION TO SEAL COMPLAINT
AND RELATED DOCUMENTS**

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Robert E. O'Neill, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Complaint, the file copy of the warrant(s), defendant information sheet(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant(s).  Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Complaint in this cause except when necessary to provide certified copies of the Complaint to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the

case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Complaint in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant(s).

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

By: _____
        STACIE B. HARRIS
        Assistant United States Attorney
        Florida Bar No. 0021672
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) (813)274-6000
        Facsimile:(813) (813)274-6178
        E-mail: stacie.harris@usdoj.gov