UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:13mj1242(AEP)

JOSHUA MICHAEL HAKKEN

IN CAMERA

MOTION TO ISSUE A NEW OR AMENDED ARREST WARRANT
FOR THE ARREST OF JOSHUA MICHAEL HAKKEN

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, files this Motion to Issue a New or Amended Arrest Warrant for the arrest of Joshua Michael Hakken and states the following:

1. On Friday, April 5, 2013, Federal Bureau of Investigation Special Agent Byron Ross submitted an affidavit to United States Magistrate Judge Anthony Porcelli requesting a federal arrest warrant for Joshua Michael Hakken for unlawful flight to avoid prosecution, in violation of 18 U.S.C. § 1073.

2. The unlawful flight resulted from the defendant moving or traveling in interstate commerce with the intent to avoid prosecution or custody or confinement, for crimes which are felonies under the laws of the State of Florida, to wit: Kidnapping (2 counts), in violation of Florida Statute (F.S.) § 787.01(1)(a)(2), Burglary with Battery (1 count) F.S. § 810.02(2)(a), False Imprisonment (1 count) F.S. § 787.02 (1)(a), Grand Theft Auto (1 count) F.S § 812.014(2)(c)(6), Interference with Child Custody (2 counts) F.S. § 787.03(1) and Child Neglect (2 counts) F.S. § 827.03(2).

3. The federal arrest warrant that was issued for Joshua Michael Hakken on

April 5, 2013, indicated that he was being charged with Kidnaping, Burglary with Battery, False Imprisonment, Grand Theft Auto, Interference with Child Custody and Child Neglect. This is incorrect, in that Hakken was charged with these offenses by the state of Florida.

4. The correct federal charge is Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073.

WHEREFORE, based on the foregoing, the United States respectfully requests this Court issue a New or Amended Warrant for the arrest of the defendant to answer to the federal charge of unlawful flight to avoid prosecution in violation of Title 18, United States Code, section 1073.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  /S/ Stacie B. Harris
STACIE B. HARRIS
Assistant United States Attorney
Florida Bar No. 0021672
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:  (813) (813)274-6000
Facsimile:   (813) (813)274-6178
E-mail: stacie.harris@usdoj.gov