UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:13-MJ-1242AEP

JOSHUA MICHAEL HAKKEN AND
SHARYN PATRICIA HAKKEN

### REQUEST FOR LEAVE TO DISMISS COMPLAINT

Pursuant to Fed. R. Crim. P. 48(a), Robert E. O'Neill, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Complaint pending against Defendants, Joshua Michael Hakken and Sharyn Patricia Hakken, in the above-captioned case, without prejudice for the reasons set forth below:

1.  On April 5, 2013, a complaint was obtained in the above-captioned case charging the Defendants with the Unlawful Flight to Avoid Prosecution ("UFAP"), in violation of Title 18, United States Code, section 1073. The UFAP complaint was based on kidnapping and related charges brought by state authorities.

2.  On April 10, 2013, following apprehension by Cuban authorities, the Defendants were returned to Tampa, Florida, by the FBI. Thereafter, the Defendants were turned over to state authorities based on their pending state charges.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Complaint against Defendants, Joshua Michael Hakken and Sharyn Patricia Hakken, in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendants.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: /S/ Stacie B. Harris
STACIE B. HARRIS
Assistant United States Attorney
Florida Bar No. 0021672
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) (813)274-6000
Facsimile: (813) (813)274-6178
E-mail: stacie.harris@usdoj.gov